JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucia   Mendoza,<br><br>              Plaintiff,<br><br>       vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. 1:19-CV-01371<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 10, 2020 to July 10, 2020, for Plaintiff to serve on defendant with PLAINITIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time, and first for the Opening Brief. Plaintiff's Counsel acknowledges this request is submitted late and apologizes to the Court and Defendant.  This was a technical calendaring error.  Counsel has secured two additional assistants to ensure errors such as these do not take place. Additionally, Counsel is in the process of having additional counsel admitted to the Eastern District to allow for the handling of the increasing case load.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the

issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                      Respectfully submitted,

Dated: June 19, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

                               By: */s/ Jonathan Omar Pena*
                                    JONATHAN OMAR PENA
                                    Attorneys for Plaintiff

Dated: June 22, 2020         MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                               By:  */s/ Carol S. Clark*
                                    Carol S. Clark
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    (*As authorized by email on 6/22/2020)

**ORDER**

Plaintiff's request for an extension of time is granted as stipulated by the parties.

IT IS SO ORDERED.

Dated:   June 23, 2020                             _____
                                                   UNITED STATES MAGISTRATE JUDGE

No. 204.